October 17, 2008

Ms. Tanya Nicole Garrison
Weycer Kaplan Pulaski & Zuber, P.C.
1400 Summit Tower
Eleven Greenway Plaza
Houston, TX 77046-1104

Mr. Peter Michael Zavaletta
The Zavaletta Law Firm
603 East St. Charles Street
Brownsville, TX 78520
Honorable Arturo Americo Mcdonald Jr.
Cameron County Court #1
974 E Harrison Street
Brownsville, TX 78521

RE: Case Number: 08-0820
 Court of Appeals Number: 13-08-00366-CV
 Trial Court Number: 2006-CCL-00133-A

Style: IN RE GREATER HOUSTON ORTHOPAEDIC SPECIALISTS, INC.

Dear Counsel:

 Today the Supreme Court of Texas granted the Motion for Interim Relief
and issued the enclosed stay order in the above-referenced case.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Joe G. Rivera |
| |Ms. Dorian E. |
| |Ramirez |